UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 13-10029-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

JUAN BLANCO,

    Defendant.
_____/

## ORDER ADOPTING IN PART MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Report and Recommendation regarding Criminal Justice Act Voucher FLS 13 2343 issued by United States Magistrate Judge Barry L. Garber, on April 29, 2014 **(D.E.#350),** recommends to this Court, that CJA Voucher #FLS 13 2343 be Granted and that Albert Z. Levin, Esquire be paid a total sum of **$16,969.51.** The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. Accordingly, the Court has considered the Report and Recommendation, the pertinent parts of the record, for the reasons stated in the Report of the Magistrate Judge, and upon independent review of the file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge Barry L. Garber's Report and Recommendation is hereby **ADOPTED and AFFIRMED in part.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this __9__ day of June, 2014.

                                                _____
                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Garber
Albert Z. Levin, PA
Lucy Lara, CJA Administrator